FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 15 2012

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| v.   Nos. 4:12-cr-70-DPM | |
| JASON PATRICK HARCOURT;  JOHN DENNIS HAYES; JOSHUA GREEN;  and JAMAR ARNELL WILLIAMS | DEFENDANTS |

## ORDER

The United States' unopposed motion to dismiss the indictment against Hayes and Green without prejudice, *Document No. 173*, is granted for good cause. All pending motions relating to these two defendants, *Document Nos. 87, 91, 151, 155, 161, 164 & 166*, are denied as moot. The Marshal is directed to release Green from custody.

The Court requests a joint status report from the United States and the co-defendants who have pleaded guilty (Harcourt and Williams) by 31 October 2012: should the sentencings for these individuals, now scheduled for January 2013, stay on track or be postponed? If the parties believe postponement is the better course, then they must explain why and propose a timetable for rescheduling so the Court can consider the particulars.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

15 October 2012