IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                      No. 4:12-cr-70-DPM-1

JASON PATRICK HARCOURT                                  DEFENDANT

### ORDER

The Court exercises its discretion under 18 U.S.C. §§ 3553(a) & 3584 to order Harcourt's federal sentence to run concurrent with any yet-to-be imposed state-court sentence arising from the pending charges in Pulaski County, Arkansas case no. CR-12-1222. *Setser v. United States*, 132 S.Ct. 1463, 1468 (2012). Unopposed motion, *Document No. 187*, granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2013